**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John J. Dougherty             CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-13675 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1 and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz

Rebecca Solarz
21 Sep 2020, 11:34:04, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322