Certificate Number: 16339-PAE-DE-035211193

Bankruptcy Case Number: 20-13675



16339-PAE-DE-035211193

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2020, at 11:34 o'clock AM EST, John Dougherty completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 28, 2020              By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor